```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEANA CROMITIE, on behalf of herself and all others similarly situated,

                Plaintiff,

-against-

NICK'S CUSTOM BOOTS, LLC,

                Defendant.

1:22-cv-04957-MKV

ORDER

---

**MARY KAY VYSKOCIL, United States District Judge:**

In an Order dated August 25, 2022, the Court provided the Plaintiff leave to amend her complaint by September 8, 2022 (ECF # 14).  The Order specified that it would be the Plaintiff's "last opportunity to amend the complaint." (ECF # 14).  That deadline has now passed, and no amended complaint has been filed.  Accordingly, the Plaintiff has waived her opportunity to amend.

The Defendant is hereby ORDERED to respond to the Plaintiff's original complaint on or before September 26, 2022.  Any further briefing will follow the schedule set forth in Local Rule 6.1(b).

The Plaintiff is on notice that failure to comply with any Court Order may result in sanctions, including dismissal for failure to prosecute under Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: New York, New York
       September 9, 2022

                                              *Mary Kay Vyskocil*
                                          _____
                                            MARY KAY VYSKOCIL
                                           United States District Judge